UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| JASON MORIN, | ) | Civil Action No. 0:19-cv-00628-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | **ORDER** |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon Plaintiff's counsel's motions for attorney's fees under 42 U.S.C. § 406(b). Plaintiff's counsel initially filed three separate motions but subsequently filed a consolidated motion. (*See* ECF Nos. 34-37.) Defendant filed responses to Plaintiff's counsel's motions, indicating that she neither supports nor opposes counsel's request for a total of $15,593.13 in attorney's fees under 42 U.S.C. § 406(b).

After review, the Court finds Plaintiff's counsel's first three motions (ECF Nos. 34, 35, and 36) moot based on the subsequent filing of the consolidated motion, and the Court hereby grants the consolidated motion (ECF No. 37) and awards Evan C. Bramhall, Esq., attorney's fees under 42 U.S.C. § 406(b) in the amount of $15,593.13 (or 25% of past-due benefits due to Plaintiff's beneficiaries by reason of this Court's judgment, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

January 6, 2022
Charleston, South Carolina

/s/Bruce H. Hendricks
Honorable Bruce H. Hendricks
United States District Judge